UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTIE BRADBURY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al.,<br><br>　　　　Defendants. | Case No.　15-cv-04602-BLF<br><br>**ORDER RESETTING HEARING DATE** |

The Court RESETS the hearing date for Defendant Capital One Bank (USA), N.A.'s motion to dismiss from January 7, 2016 at 9:00 a.m. to January 7, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 11, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge