Terri R. Brown, Esq. (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KRISTIE BRADBURY,<br>            Plaintiff,<br><br>        vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; CAPITAL ONE, NATIONAL ASSOCIATION; TOYOTA MOTOR CREDIT CORPORATION; IQ DATA INTERNATIONAL, INC.; STUART ALLAN & ASSOCIATES, INC.; and DOES 1 through 100, inclusive;<br>            Defendants. | CASE NO.  5:15-cv-04602-BLF<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Kristie Bradbury, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff will file a stipulation of dismissal, dismissing her claims against Trans Union with Prejudice once the settlement is consummated.

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04602-BLF**

| | |
|---|---|
| | Respectfully submitted, |
| Date: <u>December 15, 2015</u> | <u>s/ Elliott W. Gale (With Consent)</u><br>Scott J. Sagaria, Esq.<br>Elliott W. Gale, Esq.<br>Joseph B. Angelo, Esq.<br>Scott M. Johnson, Esq.<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA  95110<br>Telephone:  408-279-2288<br>Fax:   408-279-2299<br>E-Mail:  sjsagaria@sagarialaw.com<br>egale@sagarialaw.com<br>jangelo@sagarialaw.com<br>sjohnson@sagarialaw.com<br><br>*Counsel for Kristie Bradbury* |
| | Respectfully submitted, |
| Date: <u>December 21, 2015</u> | <u>s/ Terri R. Brown</u><br>Terri R. Brown, Esq.  (IN #26279-49)<br>  (admitted *Pro Hac Vice*)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  317-363-2400<br>Fax:  317-363-2257<br>E-Mail:  tbrown@schuckitlaw.com<br><br>*Lead Counsel for Defendant Trans Union, LLC*<br><br>Lauren E. Tate, Esq. (CSB #124483)<br>Tate & Associates<br>1321 8th Street, Suite 4<br>Berkeley, CA  94710<br>Telephone:  510-525-5100<br>Fax:  510-525-5130<br>E-Mail:  ltate@tateandassociates-law.com<br><br>*Local Counsel for Defendant Trans Union, LLC*<br><br>*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04602-BLF**