1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12  KRISTIE BRADBURY,                    Case No.: 5:15-CV-04602-BLF

13           Plaintiff,                  **STIPULATED REQUEST FOR
                                         DISMISSAL OF DEFENDANT TOYOTA
14      vs.                              MOTOR CREDIT CORPORATION;
                                         [PROPOSED] ORDER**
15  EXPERIAN INFORMATION SOLUTIONS,
    INC.; et. al.,
16
             Defendants.
17

18

19      **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20      **IT IS HEREBY STIPULATED** by and between plaintiff Kristie Bradbury and defendant

21  Toyota Motor Credit Corporation that Toyota Motor Credit Corporation be dismissed from this

22  action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party

23  shall bear its own attorneys' fees and costs.

24

25  DATED:  June 6, 2016           Sagaria Law, P.C.

26                                 By:    */s/ Elliot W. Gale*
                                          Elliot W. Gale
27                                 Attorneys for Plaintiff
                                   Kristie Bradbury
28
                                      1
    STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT TOYOTA MOTOR CREDIT CORPORATION;
                              [PROPOSED] ORDER

DATED: June 6, 2016                Reed Smith LLP

By: /s/ *Raagini Shah*
Attorneys for Defendant
Toyota Motor Credit Corporation

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Raagini Shah has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Toyota Motor Credit Corporation is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:_____

BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE