Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KRISTIE BRADBURY, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-04602-BLF <br><br> **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT IQ DATA INTERNATIONAL, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Kristie Bradbury and defendant IQ Data International, Inc., that IQ Data International, Inc. be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: June 6, 2016          Sagaria Law, P.C.

                             By:    */s/ Elliot W. Gale*
                                       Elliot W. Gale
                             Attorneys for Plaintiff
                             Kristie Bradbury

1

DATED:  June 6, 2016                    Carlson & Messer LLP

                                            By: /s/ *June Felipe*
                                            Attorneys for Defendant
                                            IQ Data International, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that June Felipe has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, IQ Data International, Inc. is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:_____

                                          BETH L. FREEMAN
                                          UNITED STATES DISTRICT JUDGE