1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

| KRISTIE BRADBURY, | Federal Case No.: 5:15-CV-04602-BLF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

18  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19       IT IS HEREBY STIPULATED by and between plaintiff Kristie Bradbury and defendant

20  Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action

21  with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party

22  shall bear its own attorneys' fees and costs.

23  //
24  //
25  //
26  //
27  //
28  //

---
1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER

DATED: April 24, 2017        Sagaria Law, P.C.

                              By:  /s/ Elliot W. Gale
                                   Elliot W. Gale
                              Attorneys for Plaintiff
                              Kristie Bradbury

DATED: April 24, 2017        Jones Day

                              By:  /s/ Katherine A. Neben
                                   Katherine A. Neben
                              Attorneys for Defendant
                              Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____            _____
                                  BETH L. FREEMAN
                                  UNITED STATES DISTRICT JUDGE